**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SOHNEN ENTERPRISES, INC.,

Plaintiff,

v.

HART CONSUMER PRODUCTS, INC.,

Defendant.

C.A. No. 26-cv-464-MN

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 24, 2026, a copy of Plaintiff's Disclosures Pursuant to Electronic Discovery Default Standard ¶3 to Defendant was served on the following as indicated:

Via E-Mail
Christopher M Coggins
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, Delaware 19801
christopher.coggins@offitkurman.com

*Counsel for Defendant Hart Consumer Products, Inc.*

Via E-Mail
Leah K. Sherman
Riley Safer Holmes & Cancila LLP
lsherman@rshc-law.com

*Counsel for Defendant Hart Consumer Products, Inc.*

Dated: August 24, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:

Larry C. Russ
Matthew A. Rips
Erica S. Kim
RUSS, AUGUST & KABAT
12424 Wilshire Blvd.,
12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
lruss@raklaw.com

mrips@raklaw.com
ekim@raklaw.com

*Attorneys for Plaintiff Sohnen Enterprises, Inc.*